# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 26, 2007

132877

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

_____

IN RE KALIE RAHE, Minor.

_____

DEPARTMENT OF HUMAN SERVICES,
    Petitioner-Appellee,

v

TAWNIE M. RAHE,
    Respondent-Appellant.

SC: 132877
COA: 270232
Ingham CC
Family Division: 00-056071-NA

_____/

On order of the Court, the application for leave to appeal the December 12, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 26, 2007

_____
Clerk

s0123